NANCY P. MORLEY *vs.* EASTERN EXPRESS COMPANY.

Hampden.   September 22. — October 28, 1874.   MORTON & ENDI-
COTT, JJ., absent.

Evidence that A. delivered a box containing his property to a common carrier at
one town to be carried to another town ; that the box was directed to B. at the
latter town ; that A. had made efforts to find the box, but had not been able to do
so ; that he had made inquiries at both towns at the offices of the carrier ; that
he had not seen the box since he sent it ; that he had inquired of B. about the
box ; is not sufficient evidence to maintain an action by A. against the carrier for
the value of the box and its contents, although the defendant put in no evidence.

CONTRACT, to recover the value of a box and its contents, de-
livered to the defendant at Lewiston, in the State of Maine, to
be carried to Dexter, in the same state.

Trial in the Superior Court, before *Putnam*, J., who, after a
verdict for the plaintiff, allowed the following bill of exceptions :

" No question was made as to the delivery of the package to
the defendant company, or that it was a common carrier.   The
plaintiff offered no other witness than herself, and she testified
as follows :

" ' I had worked at Lewiston in the mills.   I left there August
17, 1869.   I boxed up the goods in question, which were my own
and mostly my wearing apparel, in a large box, which was nailed
and fastened with cleats, and delivered it to the defendant's office
in Lewiston.   The box was marked Edward Gough, Dexter,
Maine.   I have made efforts to find the box, but have never been
able to do so.   I have made inquiries at Lewiston and Dexter,
at the offices of said express company, for this box.   I have not
received it or heard from it since.   I made inquiries of the agent.
I asked Edward Sands.   He was in the express office.   He was
writing in the office.   No one else was in charge.   I also made
inquiry of Gough about the box.   I have not seen it since I sent
it.'   The rest of her testimony related only to the value of the
contents of the box.   No testimony was offered by the defendant.

" Upon this evidence the defendant asked the court to rule that
the plaintiff had not offered sufficient proof to sustain 'her case.
But the court refused, and submitted the case to the jury under
instructions.   The jury returned a verdict for the plaintiff, and
the defendant alleged exceptions.

*N. A. Leonard & G. Wells*, for the defendant.

*G. M. Stearns & M. P. Knowlton*, for the plaintiff, cited *Morse* v. *Connecticut River Railroad*, 6 Gray, 450 ; *Ingledew* v. *Northern Railroad*, 7 Gray, 86.

WELLS, J.   There was no evidence that the box had not been delivered to Gough, according to the directions with which it was sent by the plaintiff.   Giving the fullest effect to the testimony of the plaintiff, it had no more tendency to show that the box was withheld or had been lost by the defendant than by Gough. The burden in this respect was upon the plaintiff, and she failed to maintain it.   *Smith* v. *First National Bank in Westfield*, 99 Mass. 605.                                *Exceptions sustained.*